144

THE STATE OF OHIO, APPELLEE, *v.* WILSON, APPELLANT.

[Cite as *State v. Wilson,* 99 Ohio St.3d 144, 2003-Ohio-2762.]

(Nos. 2002–2033 and 2002–2086—Submitted
May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on Proposition of Law No. I, which reflects the certified issue, is affirmed on the authority of *State v. Fisher,* 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

Julia R. Bates, Lucas County Prosecuting Attorney, and Craig T. Pearson, Assistant Prosecuting Attorney, for appellee.

Gamso, Helmick & Hoolahan and Jeffrey M. Gamso, for appellant.